STEVEN B. KILLPACK (#1808)
KENT R. HART (#6242)
Utah Federal Defender Office
46 West Broadway, Suite 110
Salt Lake City, UT 84101 Telephone: (801) 524-4010
kent_hart@fd.org

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RALPH LEROY MENZIES,**<br><br>Petitioner,<br><br>v.<br><br>**STEVEN TURLEY, WARDEN, UTAH STATE PRISON,**<br><br>Respondent. | **ORDER TERMINATING KENT HART'S REPRESENTATION**<br><br>Case No. 2:03-CV-902 JC/KBM<br><br>Magistrate Karen B. Molzen |

Good cause appearing, this court terminates Attorney Kent R. Hart's representation in this matter. Mr. Hart has filed a notice of substitution of counsel and no longer assists the petitioner in this case. Accordingly, his services are no longer needed.

So ordered this 21st day of July, 2010.

_____
KAREN B. MOLZEN
Federal Magistrate Judge