IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RALPH LEROY MENZIES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 03-CV-0902-CVE-FHM |
| ) | |
| SCOTT CROWTHER, Warden of ) | |
| the Utah State Prison, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

This matter comes before the Court on petitioner's second amended petition for writ of habeas corpus (Dkt. # 109). The issues having been duly considered and a decision having been rendered in the opinion and order filed contemporaneously herewith,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered for respondent and against petitioner.

**DATED** this 11th day of January, 2019.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE